UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD GLASS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOCUSIGN, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-00864-LJC<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>Re: Dkt. No. 17 |

Plaintiff's motion for an extension of time to file a response to the Court's Order to Show Cause is GRANTED. Plaintiff's response is due by August 15, 2023.

**IT IS SO ORDERED.**

Dated: June 29, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
LISA J. CISNEROS
United States Magistrate Judge