UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD GLASS,<br><br>    Plaintiff,<br><br> v.<br><br>DOCUSIGN, INC.,<br><br>    Defendant. | Case No.  23-cv-00864-LJC<br><br>**ORDER REGARDING MOTIONS TO WITHDRAW**<br><br>Re: ECF Nos. 11, 12 |

  Counsel Sherry Hamilton and Kevin A. Adams shall lodge for in camera review supplemental declarations, including exhibits, substantiating the grounds for their motions to withdraw by 10 am on Monday, July 17, 2023.  In addition, by the same deadline, Plaintiff Todd Glass shall lodge a supplemental declaration with the Court.  Mr. Glass's supplemental declaration shall further substantiate his arguments in opposition to the motions to withdraw, including the retainer agreement with his current counsel and any efforts he has made to secure substitute counsel.  The July 18, 2023 hearing will be conducted under seal at 10:00 am, and counsel and Mr. Glass shall attend in person.  Counsel for Mr. Glass shall serve this order on Mr. Glass via email within twenty-hours of the issuance of this order.

  **IT IS SO ORDERED.**

Dated: 7/10/2023

                         _____
                         LISA J. CISNEROS
                         United States Magistrate Judge